IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

MELBA TAYLOR, et al.,                      *

    Plaintiffs,                              *

v.                                         *            Civil Action No. GLR-26-402

UNITED STATES DEPARTMENT                   *
OF EDUCATION, et al.,
                                           *
    Defendants.
                                           *

                                           *
                                         ***

## ORDER

For the reasons stated in the foregoing Memorandum Opinion, it is this 31st day of July, 2026, hereby:

ORDERED that Plaintiffs Melba Taylor, Encore Associates, LLC, David Carroll, Jim Howard, Timothy Jones, National Association of Blind Merchants, and National Federation of the Blind, Inc. (collectively, "Plaintiffs") and Intervenors Oklahoma Department of Rehabilitation Services and the State of Hawaii, Department of Human Services' (together, "Intervenors") Joint Motion for Summary Judgment (ECF No. 38) is GRANTED;

IT IS FURTHER ORDERED that Defendants United States Department of Education and Secretary of Education Linda McMahon's Motion to Dismiss or, in the alternative, Cross-Motion for Summary Judgment, and Response in Opposition to Plaintiffs' and Intervenors' Motion for Summary Judgment (ECF No. 44) is DENIED;

IT IS FURTHER ORDERED that Judgment is ENTERED in favor of Plaintiffs and Intervenors;

IT IS FURTHER ORDERED that the December 23, 2025 limitation is VACATED and REMANDED to the Secretary of Education so that she can make a new determination after complying with notice and comment requirements as set forth in the accompanying Memorandum Opinion; and

IT IS FURTHER ORDERED that the Clerk shall CLOSE this case.

_____/s/_____

George L. Russell III
Chief United States District Judge